[Civ. No. 8664. Second Appellate District, Division Two.—December 14, 1932.]

WILLIAM RISHEBARGER, Appellant, v. STOCKWELL-KLING CORPORATION (a Corporation), Respondent.

J. Marion Wright for Appellant.

Rohe & Weikert for Respondent.

THOMPSON (IRA F.), The facts in this case and the questions involved are identical with those in the case of *Iske* v. *Stockwell-Kling Corp., ante,* p. 192 [17 Pac. (2d) 203], this day filed, and for the reasons therein stated the appeal in this case is dismissed.

Works, P. J., and Stephens, J., *pro tem.,* concurred.

A petition by appellant to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on February 9, 1933.